IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FT LAUDERDALE DIVISION

CIVIL ACTION NO. 0:18-cv-62015-COOKE

SOPHIA BRYAN,

      **Plaintiff,**

v.

**CREDIT ONE BANK, NA,**

      **Defendant.**

_____/

## JOINT STIPULATION TO ARBITRATE

Plaintiff Sophia Bryan ("Plaintiff") and defendant Credit One Bank, NA ("Credit One"), by and through their undersigned counsel, hereby submit this Joint Stipulation to Arbitrate, stating as follows:

1. Plaintiff commenced this action by filing a complaint against Credit One on or about September 13, 2018.  [See Complaint.]

2. The Parties have since agreed to arbitrate all of the claims against Credit One in this case pursuant to the parties' arbitration agreement.

3. The Parties therefore respectfully request that this Court enter the Agreed Order attached hereto as Exhibit "A," which orders that all of the claims against Credit One in this lawsuit be submitted to final, binding arbitration and that this lawsuit be dismissed against Credit One without prejudice.

4. WHEREFORE, PREMISES CONSIDERED, the Parties respectfully request that this Court enter the Agreed Order attached hereto as Exhibit "A."

Respectfully submitted this 17th day of October, 2018.

| | |
|---|---|
| */s/ Anthony Charles Norman (w/permission)* | */s/ R. Frank Springfield* |
| Anthony Charles Norman (FL Bar No 112105) | R. Frank Springfield (FL Bar No. 0010871) |
| The Law Firm of Anthony C. Norman, PLLC | Nicholas S. Agnello (FL Bar No. 90844) |
| 1345 Monroe Ave. N.W., Suite 242 | BURR & FORMAN LLP |
| Grand Rapids, MI 49505 | 350 E. Las Olas Blvd., Suite 1420 |
| Telephone:  (616) 265-5998 | Fort Lauderdale, FL 33301 |
| anthony@lawfirmofacn.com | Telephone:  (954) 414-6213 |
| | Facsimile:  (954) 660-2567 |
| Jonathan Mark Benjamin (FL Bar No 91315) | fspringfield@burr.com |
| Benjamin Law Practice, PLLC | nagnello@burr.com |
| 4581 Weston Rd, Suite 155 | |
| Weston, FL 33331 | Attorneys for Defendant |
| Telephone:  (727) 888-4135 | CREDIT ONE BANK, NA |
| jon@benjaminlawpractice.com | |

Attorneys for Plaintiff
SOPHIA BRYAN