UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-62015-Civ-COOKE/HUNT

SOPHIA BRYAN,

    Plaintiff,

vs.

CREDIT ONE BANK, N.A.,

    Defendant.

_____/

## AGREED ORDER

Pursuant to agreement of the Parties, it is hereby **ORDERED and ADJUDGED** that:

1. Plaintiff will advance her claims asserted against Credit One Bank, NA in this lawsuit as provided for in the governing Arbitration Agreement.

2. Credit One Bank, NA is dismissed without prejudice.

3. The Clerk shall **CLOSE** this case. All pending motions, if any, are **DENIED** *as moot*.

**DONE and ORDERED** in chambers, at Miami, Florida, this 19th day of October 2018.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Patrick M. Hunt, U.S. Magistrate Judge*
*Counsel of Record*